# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

BETTY JEAN ELLIS                                                         PLAINTIFF

v.                              No. 2:10-cv-200-DPM-JTR

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration                                           DEFENDANT

## JUDGMENT

The administrative decision is affirmed.

*[signature]*
D.P. Marshall Jr.
United States District Judge

27 September 2012